IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Black, Veronica T

Printed: 4/29/08

Case Number: 07 B 13926
Judge: Goldgar, A. Benjamin
Filed: 8/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: April 23, 2008
Confirmed: October 2, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,585.92 |  |
| Secured: |  | 692.72 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,750.00 |
| Trustee Fee: |  | 143.20 |
| Other Funds: |  | 0.00 |
| Totals: | 2,585.92 | 2,585.92 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Forrest L Ingram | Administrative | 1,750.00 | 1,750.00 |
| 2. | Wachovia Mortgage | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 5. | Wachovia Mortgage | Secured | 13,073.84 | 692.72 |
| 6. | Nissan Motor Acceptance Corporation | Unsecured | 571.09 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 38.62 | 0.00 |
| 8. | Rogers & Hollands Jewelers | Unsecured | 324.26 | 0.00 |
| 9. | Nissan Motor Acceptance Corporation | Unsecured | 1,136.99 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 545.57 | 0.00 |
| 11. | Discover Financial Services | Unsecured | 496.97 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 169.83 | 0.00 |
| 13. | Aurora Loan Service | Unsecured | 262.82 | 0.00 |
| 14. | CitiFinancial | Unsecured |  | No Claim Filed |
| 15. | FCNB Master Trust | Unsecured |  | No Claim Filed |
| 16. | Saks Fifth Avenue | Unsecured |  | No Claim Filed |
| 17. | Wfnnb/Harlem Furniture | Unsecured |  | No Claim Filed |
|  |  |  | $ 18,369.99 | $ 2,442.72 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 122.17 |
| 6.5% | 21.03 |
|  | $ 143.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Black, Veronica T | Case Number:  07 B 13926 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  4/29/08 | Filed:  8/2/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

